The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-046-JLR |
| Plaintiff, | |
| vs. | ~~(PROPOSED)~~ ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |
| ARNOLD JOSEPH CHEER III, | |
| Defendant. | |

Upon the unopposed motion of the defense to continue the pretrial motions' due date in the above-captioned case, the Court finds that extending the deadline is reasonable and necessary afford counsel necessary time to review and synthesize discovery, conduct legal research, consult with Mr. Cheer, and draft motions, and that extending the deadline serves the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions deadline is extended to April 5, 2018, in the event that the trial date is continued.

DONE this 22nd day of March, 2018.

_____
James L. Robart
United States District Judge

Presented by:
*s/ Sara D. Brin*
Sara D. Brin
Attorney for Arnold Joseph Cheer III

(PROPOSED) ORDER EXTENDING
PRETRIAL MOTIONS DEADLINE - 1
*U.S.A. v. Cheer* / CR18-046-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100