THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-046-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER TO SEAL DOCUMENT |
| ARNOLD JOSEPH CHEER III, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of to file the Defendant's sentencing memorandum and Exhibit 1 under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's sentencing memorandum and Exhibit 1 be filed under seal.

DATED this 29th day of January, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Arnold Joseph Cheer III

ORDER TO SEAL DOCUMENT
(*USA v. Cheer* / CR18-046-JLR.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100